Eastern District of Kentucky
FILED

AUG 2 7 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-CR-100-REW
**21 U.S.C. § 841(a)(1)**

**MERCEDES SHILAH HART**

* * * * *

**THE GRAND JURY CHARGES:**

On or about July 24, 2026, in Laurel County, in the Eastern District of Kentucky,

**MERCEDES SHILAH HART**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

Before **MERCEDES SHILAH HART** committed the offense charged in this Indictment, she had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a), possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

[redacted]

JASON D. PARMAN
UNITED STATES ATTORNEY

ANDREW H. TRIMBLE
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.